UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT D. RENS,

        Defendant.
_____/

Case No. 1:05:CR:164

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 25, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Scott D. Rens' plea of guilty to Count One of the Indictment is accepted. Defendant Scott D. Rens is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: November 8, 2005

                              /s/ Gordon J. Quist
                        GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE